UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN MAIERHOFFER, <br><br> *Plaintiff,* <br><br> v. <br><br> NEW YORK PACKAGING II LLC, individually and doing business as REDI-BAG USA, *et al.,* <br><br> *Defendants.* | HON. SUSAN D. WIGENTON <br><br> *Civil Action No.* 21-20170 (SDW) (JSA) <br><br> **FILED *EX PARTE* & UNDER SEAL** |

 ~~[PROPOSED]~~
ORDER

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having intervened in the above-captioned matter for purposes of settlement in this action, it is hereby:

**ORDERED** that the Relator's Complaint, the United States' Notice of Intervention for Purposes of Effectuating Settlement, and this Order be unsealed; and it is further

**ORDERED** the seal shall be lifted on all matters occurring in this action after the date of this Order; and it is further

**ORDERED** that all other papers or Orders on file in this matter shall remain under seal; and it is further

**ORDERED** the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the Relator.

IT IS SO ORDERED, this 14th day of July, 2026.

HON. SUSAN D. WIGENTON
United States District Judge